No. 74–5828. LIDDY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 74–5879. OLDEN v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 74–5880. HATFIELD v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 74–5882. BROWN v. SAN DIEGO COUNTY ADVISORY COMMITTEE OF MEXICAN-AMERICANS ON ANTI-POVERTY, INC. Super. Ct. Cal., County of San Diego. Certiorari denied.

No. 74–5883. RHODES v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 74–5885. DAVILA v. BRITT, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–5888. DELORIO v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–5889. ESSER v. KNAPP ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–5893. SKIDMORE v. PENN CENTRAL TRANSPOR-TATION CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–5899. HUNTER v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 74–5905. MITCHELL v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.